

Case 3:05-cv-00200-L   Document 41   Filed 01/27/06   Page 1 of 2   PageID 317

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD WALLACE SKEEN, # 1049593, § <br> §<br>Petitioner, §<br> §<br>v. §<br> §    Civil Action No. 3:05-CV-0200-L<br>DOUGLAS DRETKE, Director, §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division, §<br> §<br>Respondent. § | |

## ORDER

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. §636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On December 7, 2005, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.[*]

The magistrate judge recommended that Petitioner's application be dismissed as time-barred under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. L. 104-132, 110 Stat. 1214 (1996), codified at 28 U.S.C. § 2254(d). Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate judge's findings and conclusions are accepted as those

---

[*]On January 4, 2006, following receipt of Petitioner's request for additional time to file objections, the court issued an order allowing Petitioner until January 13, 2006 to file his objections. No objections have been filed.

Order – Page 1

of the court. Petitioner's application is **denied**, and this action is **dismissed with prejudice** as time-barred. A final judgment dismissing this case with prejudice will issue by separate document.

**It is so ordered** this 27th day of January, 2006.

Sam A. Lindsay
United States District Judge

Order – Page 2